AO91 (Rev.5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.                                          **CRIMINAL COMPLAINT**

JOSHUA MICHAEL PATTERSON

CASE NUMBER: 3-06-MJ-00005-JDR

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. Between on or about January 11, 2006, in the District of Alaska, defendant JOSHUA MICHAEL PATTERSON did:

Take by force, violence, and intimidation, from the persons and presence of Delina Jaramillo and Emily Vergason, employees of Credit Union 1, 3500 Eide, Anchorage, Alaska, a credit union, the deposits of which are insured by the National Credit Union Administration (NCUA), money, belonging to and in the care, custody, control, management and possession of said Credit Union One, to wit: approximately three thousand two hundred and sixteen dollars ($3,216.00) in United States currency; and in so doing, put in jeopardy the life of a person by the use of a dangerous weapon or device. Furthermore, during and in relation to this bank robbery, said defendant(s) used, carried, possessed and brandished a firearm, all of which is in violation of Title 18, United States Code, Section(s) 2113(a)&(d) and 924(c)(1)(A)(i) and (ii).

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this Complaint is based on the following facts:

See attached affidavit of Special Agent Christopher D. Jones, incorporated herein by this reference. Continued on the attached sheet and made a part hereof: XX Yes ___ No

_____
Signature of Complainant
FBI Special Agent Christopher D. Jones

Sworn to before me and subscribed in my presence,

| January 12, 2006 | at | Anchorage, Alaska |
|---|---|---|
| Date | | City and State |
| John D. Roberts, U.S. Magistrate Judge | | _____ |
| Name and Title of Judicial Officer | | Signature of Judicial Officer |