```
          MINUTES OF THE UNITED STATES DISTRICT COURT
                      DISTRICT OF ALASKA
```

U.S.A. vs JOSHUA MICHAEL PATTERSON CASE NO. 3:06-MJ-5 JDR
Defendant: X Present   X In Custody

BEFORE THE HONORABLE               JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:             ELISA SINGLETON

UNITED STATES ATTORNEY:            JOE BOTTINI

DEFENDANT'S ATTORNEY:              M.J. HADEN FOR SUE ELLEN TATTER

U.S.P.O.:                          PAULA MCCORMICK

PROCEEDINGS: INITIAL APPEARANCE ON COMPLAINT - HELD 1/13/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:02 p.m. court convened.

X Copy of Complaint given to defendant: read.

X Defendant sworn.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Defendant states true name: Same as Above

X Financial Affidavit **FILED**.
  X Federal Public Defender accepted appointment.

X Preliminary/Detention Hearing set **January 18, 2006 at 2:00 p.m.**

X Defendant detained; Order of Detention Pending Hearing **FILED**.

At 2:11 p.m. court adjourned.

DATE: January 13, 2006    DEPUTY CLERK'S INITIALS:   ES