Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. A06-0005 MJ (JDR) |
|---|---|
| Plaintiff, | |
| vs. | **ENTRY OF APPEARANCE** |
| JOSHUA MICHAEL PATTERSON, | |
| Defendant. | |

Sue Ellen Tatter, Assistant Federal Public Defender for the District of Alaska, hereby enters her appearance as counsel for the Defendant JOSHUA MICHAEL PATTERSON in the above-captioned action.

DATED this 17th day of January 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:     907-646-3400
Fax:         907-646-3480
E-Mail:    sue_ellen_tatter@fd.org

Certification:
I certify that on January 17, 2006,
a copy of the *Entry of* Appearance
was served electronically on:

Joseph W. Bottini
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter